CMM CAMPOLO, MIDDLETON & McCORMICK, LLP

September 29, 2026

*Via ECF and email: CronanNYSDChambers@nysd.uscourts.gov*
Hon. John P. Cronan, U.S. District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

The request is granted. The pre-motion hearing is adjourned to October 20, 2026, at 11:00 a.m. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 17.
SO ORDERED.
September 30, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

**Re: Stoler, et al v. Parks Art Advisory, et al**
**Case No.: 1:26-cv-04657-JPC**

Dear Judge Cronan:

This firm represents the plaintiffs, Lisa Stoler and Barry Stoler ("Plaintiffs"), in the above-referenced matter. We write with the consent of each of defendants' counsels to respectfully request an adjournment of the pre-motion hearing in this action scheduled for Friday, October 2, 2026, to October 16, 2026 as counsel are actively pursuing resolution of this matter.

No previous requests for an extension and/or adjournment regarding the motion.

We thank the Court for its consideration of this request.

Respectfully submitted,

**CAMPOLO, MIDDLETON**
**& McCORMICK, LLP**

By: Patrick McCormick, Esq.
*Senior Partner*

/ngf

TO: *All parties via ECF*