CMM CAMPOLO, MIDDLETON & McCORMICK, LLP

October 16, 2026

*Via ECF and email: CronanNYSDChambers@nysd.uscourts.gov*
Hon. John P. Cronan, U.S. District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

The request is granted. The Court adjourns the pre-motion conference to November 19, 2026, at 11:00 a.m.
SO ORDERED.
October 16, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

**Re: Stoler, et al v. Parks Art Advisory, et al**
**Case No.: 1:26-cv-04657-JPC**

Dear Judge Cronan:

This firm represents the plaintiffs, Lisa Stoler and Barry Stoler ("Plaintiffs"), in the above-referenced matter. We write with the consent of each of defendants' counsels to respectfully request an adjournment of the pre-motion hearing in this action scheduled for Tuesday, October 20, 2026, to November October 19, 2026, as settlement negotiations between the parties are continuing.

This is our second request for an extension and/or adjournment regarding the motion, the first of which was granted by Your Honor on September 30, 2026 (Doc. No. 18).

We thank the Court for its consideration of this request.

Respectfully submitted,

**CAMPOLO, MIDDLETON**
**& McCORMICK, LLP**

By: Patrick McCormick, Esq.
*Senior Partner*

/ngf

TO: *All parties via ECF*



The Strata Building, 4175 Veterans Memorial Highway, Ronkonkoma, NY 11779
Phone: (631) 738-9100 www.cmmllp.com Fax: (631) 738-0659

WESTBURY | RONKONKOMA | RIVERHEAD | SOUTHAMPTON